# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, and CENTER FOR NEUROLOGIC STUDY,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>ACTAVIS SOUTH ATLANTIC LLC AND ACTAVIS, INC.,<br><br>　　　　　Defendants. | C.A. No. 11-704 (LPS) |
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, and CENTER FOR NEUROLOGIC STUDY,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>PAR PHARMACEUTICAL, INC. and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>　　　　　Defendants. | C.A. No. 11-705 (LPS) |
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, and CENTER FOR NEUROLOGIC STUDY,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　Defendant. | C.A. No. 11-757 (LPS) |

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, and CENTER FOR NEUROLOGIC STUDY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WOCKHARDT, LTD. AND WOCKHARDT USA, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-758 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSOLIDATION STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) these actions are consolidated for all purposes; and

(2) all papers shall be filed in Civil Action No. 11-704-LPS.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN LLP |
| */s/ Jack B. Blumenfeld* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@proctorheyman.com<br><br>*Attorneys for Actavis South Atlantic LLC and Actavis, Inc.* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER P.A. | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/ Steven J. Fineman | /s/ John C. Phillips, Jr. |
| Frederick L. Cottrell, III (#2555) <br> Steven J. Fineman (#4025) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE  19899 <br> (302) 651-7700 <br> cottrell@rlf.com <br> fineman@rlf.com | John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE  19806 <br> (302) 655-4200 <br> jcp@pgslaw.com |
| *Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* | *Attorneys for Impax Laboratories, Inc.* |

DUANE MORRIS LLP

/s/ Matt Neiderman

Matt Neiderman (#4018)
Benjamin A. Smyth (#5528)
222 Delaware Avenue
Suite 1600
Wilmington, DE  19801
(302) 657-4900
mneiderman@duanemorris.com

*Attorneys for Wockhardt, Ltd. and Wockhardt USA, LLC*


SO ORDERED this _____ day of September 2011.


_____
                                                          J.

3