**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, AND CENTER FOR NEUROLOGIC STUDY,<br><br>                    Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, INC., WOCKHARDT, LTD., WOCKHARDT USA, LLC, WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.,<br><br>                    Defendants. | C.A. No. 11-704-LPS (CONSOLIDATED) |

**DEFENDANTS' NOTICE OF DEPOSITION OF RANDALL KAYE**

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to and in accordance with Rule 30(b)(1) of the Federal Rules of Civil Procedure, Defendants (1) Actavis South Atlantic LLC and Actavis, Inc.; (2) Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.; (3) Impax Laboratories, Inc.; (4) Wockhardt, Ltd. and Wockhardt USA, LLC; and (5) Watson Pharmaceuticals, Watson Laboratories, and Watson Pharma, Inc. (collectively, "Defendants"), by and through their counsel, will take the deposition of Randall Kaye on November 13, 2012 at 9:30 am (Pacific) and continuing from day-to-day thereafter until completed, at Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013, or at a place to be mutually agreed upon by counsel. The deposition will occur before a Notary Public, court reporter, or any other person

qualified to administer an oath. The deposition will be recorded by stenographic, sound, video, audiovisual, and/or any other such appropriate means.

    You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

| | |
|---|---|
| Of Counsel: | */s/ Steven J. Fineman* |
| Richard J. Berman | Frederick L. Cottrell, III (#2555) |
| Janine A. Carlan | Steven J. Fineman (#4025) |
| Aziz Burgy | Jaclyn C. Levy (#5631) |
| Amy E.L. Schoenhard | Richards, Lay & Finger P.A. |
| Timothy W. Bucknell | One Rodney Square |
| Taniel E. Anderson | P.O. Box 551 |
| Arent Fox LLP | Wilmington, DE 19899 |
| 1050 Connecticut Ave., N.W. | (302) 651-7700 |
| Washington, D.C. 20036 | fineman@rlf.com |
| (202) 857-6000 | levy@rlf.com |
| berman.richard@arentfox.com | |
| carlan.janine@arentfox.com | *Attorneys for Par Pharmaceutical, Inc. and* |
| burgy.aziz@arentfox.com | *Par Pharmaceutical Companies, Inc.* |
| schoenhard.amy@arentfox.com | |
| bucknell.timothy@arentfox.com | |
| anderson.taniel@arentfox.com | |
| | |
| Of Counsel: | */s/ Dominick T. Gattuso* |
| Charles B. Klein | Dominick T. Gattuso (#3630) |
| Winston & Strawn LLP | Melissa N. Donimirski (# |
| 1700 K Street, N.W. | Proctor Heyman LLP |
| Washington, DC 20006 | 300 Delaware Avenue |
| (202) 282-5000 | Suite 200 |
| cklein@winston.com | Wilmington, DE 19801 |
| | (302) 472-7300 |
| Samuel S. Park | dgattuso@proctorheyman.com |
| Emily N. Winfield | mdonimirski@proctorheyman.com |
| Winston & Strawn LLP | |
| 35 West Wacker Drive | *Attorneys for Defendants Actavis South and* |
| Chicago, IL 60601 | *Atlantic LLC and Actavis, Inc.* |
| (312) 558-5600 | |
| spark@winston.com | |
| ewinfield@winston.com | |

RLF1 7216128v.1

| | |
|---|---|
| Of Counsel:<br>Frederick R. Ball<br>Anthony J. Fitzpatrick<br>Vincent L. Capuano<br>Carolyn A. Alenci<br>Duane Morris LLP<br>100 High St., Suite 2400<br>Boston, MA 02110<br>(857) 488-4200<br>frball@duanemorris.com<br>ajfitzpatrick@duanemorris.com<br>vlcapuano@duanemorris.com<br>caalenci@duanemorris.com | */s/ Benjamin Smyth*<br>Matt Neiderman (#4018)<br>Benjamin Smyth (#5528)<br>Duane Morris LLP<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4900<br>MNeiderman@duanemorris.com<br>basmyth@duanemorris.com<br><br>*Attorneys for Defendants Wockhardt Ltd. and Wockhardt USA LLC* |
| Of Counsel:<br>Eric Weisblatt<br>Robert Scheffel<br>Mark Pacella<br>Wiley Rein LLP<br>(202) 719-7000<br>1776 K St., NW<br>Washington, DC 20006 | */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br><br>*Attorneys for Defendant Impax Laboratories, Inc.* |
| Of Counsel:<br>Ralph J. Gabric<br>Laura A. Lydigsen<br>Yuezhong Feng, Ph.D<br>Danielle C. Cendrowski<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611<br>(312) 321-4200 | */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma Inc.* |

Dated: September 26, 2012