IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, AND CENTER FOR NEUROLOGIC STUDY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, INC., WOCKHARDT, LTD., WOCKHARDT USA, LLC, WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.,<br><br>　　　　　Defendants. | C.A. No. 11-704-LPS<br>(CONSOLIDATED) |
| AVANIR PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC AND ACTAVIS, INC.,<br><br>　　　　　Defendants. | C.A. No. 12-1122-LPS |
| AVANIR PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>　　　　　Defendants. | C.A. No. 12-1123-LPS |

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WATSON PHARMACEUTICALS, INC.,<br>WATSON LABORATORIES, INC., AND<br>WATSON PHARMA, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 12-1124-LPS |
| AVANIR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WOCKHARDT, LTD. AND WOCKHARDT<br>USA, LLC,<br><br>　　　　　　　Defendants. | C.A. No. 12-1125-LPS |
| AVANIR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 12-1298 |

## [PROPOSED] CONSOLIDATION STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties to Civil Action No. 11-704-LPS and the parties to Civil Action Nos. 12-cv-01122, 12-cv-01123, 12-cv-01124, 12-cv-01125, and 12-cv-01298, subject to the approval of the Court, that:

(1)　these actions are consolidated for all purposes;

(2)　all papers shall be filed in Civil Action No. 11-704-LPS;

(3)　Plaintiffs shall respond to Defendants' counterclaims within 10 days of entry of this order; and

(4) the parties will comply with the Scheduling and Consolidation Orders (D.I. 32 and 103) and E-Discovery Plan (D.I. 59) entered in Civil Action No. 11-704-LPS, except as follows:

    a. <u>Rule 26(a)(1) Initial Disclosures.</u> The parties shall make their initial disclosures related to U.S. Patent No. 8,227,484 (the "'484 patent") pursuant to Federal Rule of Civil Procedure 26(a)(1) by **October 15, 2012**;

    b. <u>Infringement Contentions and Claim Chart.</u> Plaintiffs shall specifically identify the accused products[1] and the asserted claim(s) of the '484 patent that Defendants allegedly infringe by **October 15, 2012**;

    c. Plaintiffs shall produce the file history for the '484 patent pursuant to paragraph 4.a of the E-Discovery Plan;

    d. Plaintiffs shall produce to each Defendant an initial claim chart showing where each limitation of each asserted claim is found in each accused product(s) pursuant to paragraph 4.c of the E-Discovery Plan by **October 26, 2012**; and

    e. <u>Invalidity Contentions.</u> Defendants shall produce to Plaintiffs their initial invalidity contentions for each asserted claim of the '484 patent, as well as the related invalidating references (e.g., publications, manuals, and patents) pursuant to paragraph 4.d of the E-Discovery Plan by **October 30, 2012.**

(5) The parties agree that, other than the '484 patent file history, they will not seek any additional document or ESI discovery directed to the '484 patent.

---

[1] For ease of reference, the word "product" encompasses accused methods and systems as well.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PROCTOR HEYMAN LLP |
| /s/ *Maryellen Noreika* | /s/ *Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>*Attorneys for Plaintiffs Avanir Pharmaceuticals, Inc., Avanir Holding Company, and Center for Neurologic Study* | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>Tel: (302) 472-7300<br>dgattuso@proctorheyman.com<br>*Attorneys for Actavis South Atlantic LLC and Actavis, Inc.* |
| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER P.A. |
| /s/ *David E. Moore* | /s/ *Steven J. Fineman* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., and Watson Pharma, Inc.* | Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | DUANE MORRIS LLP |
| /s/ *John C. Phillips, Jr.* | /s/ *Matt Neiderman* |
| John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Attorneys for Impax Laboratories, Inc.* | Matt Neiderman (#4018)<br>Benjamin A. Smyth (#5528)<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4900<br>mneiderman@duanemorris.com<br>*Attorneys for Wockhardt, Ltd. and Wockhardt USA, LLC* |

Case 1:12-cv-01298-LPS   Document 12   Filed 10/17/12   Page 5 of 5 PageID #: 96

SO ORDERED this 16th day of October 2012.

_____
                                              J.

5