IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVANIR PHARMACEUTICALS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-704 (LPS) |
| | ) | CONSOLIDATED |
| ACTAVIS SOUTH ATLANTIC LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO MODIFY PROTECTIVE ORDER

WHEREAS on November 6, 2012, plaintiffs filed a Motion to Disqualify Duane Morris (D.I. 202);

WHEREAS the law firm Fox Rothschild LLP has entered an appearance in this case to represent Duane Morris in connection with plaintiffs' Motion to Disqualify Duane Morris;

WHEREAS Fox Rothschild LLP has agreed to be bound by the terms of the Stipulated Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) entered in this case (D.I. 56);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Paragraph 5(a) of the Protective Order (D.I. 56) is amended to add the following language:

> 5(a)(1) Solely for the purpose of representing Duane Morris LLP with regard to Avanir's Motion to Disqualify Duane Morris, Fox Rothschild shall be permitted to see Avanir's Motion to Disqualify Duane Morris, any responsive briefing, and any related documents or live testimony, affidavits, or witness statements that, in good faith, are needed to respond to Avanir's motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs Avanir Pharmaceuticals, Inc., Avanir Holding Company, and Center for Neurologic Study*

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue
Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@proctorheyman.com
*Attorneys for Actavis South Atlantic LLC and Actavis, Inc.*

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillip, Jr.*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
*Attorneys for Impax Laboratories, Inc.*

RICHARDS, LAYTON & FINGER P.A.

*/s/ Steven J. Fineman*

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

FOX ROTHSCHILD LLP

*/s/ Vincent J. Poppiti*

Vincent J. Poppiti, Esquire (#100614)
Citizens Bank Center
919 North Market Street
Suite 1300
Wilmington, DE 19801
(302) 654-7444
vpoppiti@foxrothschild.com
*Attorneys for Duane Morris LLP*

DUANE MORRIS LLP

*/s/ Matt Neiderman*

Matt Neiderman (#4018)
Benjamin A. Smyth (#5528)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
(302) 657-4900
mneiderman@duanemorris.com
*Attorneys for Wockhardt, Ltd. and Wockhardt USA, LLC*

3

SO ORDERED this ___ day of November 2012.

_____
                                                                                    J.