IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, AND CENTER FOR NEUROLOGIC STUDY,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, INC., WOCKHARDT, LTD., WOCKHARDT USA, LLC, WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.,<br><br>Defendants. | C.A. No. 11-704-LPS<br>(CONSOLIDATED) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bradford Frese of Arent Fox LLP, 1717 K Street, N.W., Washington, DC 20036-5342, to represent Defendant Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. in this matter.

RLF1 7744592v.1

| | |
|---|---|
| OF COUNSEL:<br>Richard J. Berman<br>Anthony W. Shaw<br>Janine A. Carlan<br>Aziz Burgy<br>Timothy W. Bucknell<br>Taniel E. Anderson<br>ARENT FOX LLP<br>1717 K Street, N.W.<br>Washington, D.C. 20036<br>(202) 857-6000 | /s/ Steven J. Fineman<br>Steven J. Fineman (#4025)<br>Jaclyn C. Levy (#5631)<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>fineman@rlf.com<br>levy@rlf.com<br><br>*Attorneys for Par Pharmaceutical, Inc.<br>and Par Pharmaceutical Companies, Inc.* |

Dated: December 19, 2012

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted on this _____ day of _____, 2012.

_____
United States District Judge

LDR/402973.1

RLF1 7744592v.1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Bradford C. Frese
Arent Fox LLP
1717 K Street, N.W.
Washington, DC 20036-5343

Dated: December 19, 2012