IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVANIR PHARMACEUTICALS, INC., AVANIR HOLDING COMPANY, AND CENTER FOR NEUROLOGIC STUDY, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, ACTAVIS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, INC., WOCKHARDT, LTD., WOCKHARDT USA, LLC, WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 11-704-LPS <br> : (CONSOLIDATED) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **30th** day of **April, 2014**:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The parties shall meet and confer and submit, no later than **May 5, 2014**, a proposed order consistent with the Memorandum Opinion, to enter final judgment: (i) FOR Plaintiffs and AGAINST Defendants for infringement of the '282 and '484 patents, including any appropriate remedy, (ii) AGANST Plaintiffs and FOR Defendants for infringement of the '115 patent, and (iii) FOR Plaintiffs and AGAINST Defendants for validity of the '282, '484, and '115 patents.

2. Plaintiffs' objection to portions of Dr. Boobis's testimony (D.I. 446 at 21) is

OVERRULED.

3. Defendants' motion to exclude portions of Dr. Wynn's testimony (D.I. 450 at 22-24) is DENIED.

4. Defendants' renewed motion to strike the testimony of Dr. Wynn (D.I. 450 at 27) is DENIED.

5. Defendants' motion to strike references to Plaintiffs' demonstrative exhibits included in Plaintiffs' Proposed Findings of Fact (D.I. 444 at 2 n.2) is GRANTED.

6. The parties shall submit briefs, not to exceed five (5) pages, addressing whether, in light of the Court's finding that Nuedexta® does not meet the "therapeutically effective" limitation of the '115 patent, the Court should grant Defendants' request to "delist" the '115 patent from the "Orange Book" entry for Nuedexta®, pursuant to 21 U.S.C. § 355(b)(1)(G), no later than **May 5, 2014.** The parties shall file responsive briefs not to exceed three (3) pages no later than **May 8, 2014**.

7. The parties shall submit a proposed redacted version of the Memorandum Opinion no later than **May 1, 2014.**

UNITED STATES DISTRICT JUDGE