# **<u>EXHIBIT A</u>**



May 16, 2014

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Orange Book Staff | Billy Dunn, M.D., Acting Director |
| Office of Generic Drugs OGD/HFD-610 | Division of Neurology Products |
| Food and Drug Administration | Food and Drug Administration |
| Metro Park North II | Center for Drug Evaluation and Research |
| 7620 Standish Place | Central Document Room |
| Rockville, MD  20855 | 5901-B Ammendale Road |
| | Beltsville, MD 20705-1266 |

**RE:     NDA 21-879; Nuedexta (dextromethorphan hydrobromide/quinidine sulfate) Capsules, 20mg/10mg**

**SN 0083; General Correspondence: U.S. Patent No. RE38,115 request to be delisted**

Dear Sir or Madam:

We write to request that U.S. Patent No. RE38,115 be delisted from the FDA publication, "Approved Drug Products With Therapeutic Equivalence Evaluations," also known as the Orange Book, for NDA No. 21-879.  Should you require any further information, please feel free to contact me at the below-listed number.

This submission is provided in eCTD format via the Electronic Submission Gateway. All files were checked and verified to be free of viruses using McAfee Agent, the virus signature database and virus definition files are updated on a daily basis.
Should you have any questions or require additional information regarding this submission, please contact the undersigned at (949) 389-6748.

Sincerely,

*[signature]*

Arthur Rosenthal

Senior Director Regulatory Affairs & Quality

# **EXHIBIT B**

FDA Home[3] Drug Databases[4] Orange Book[5]

## Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations
Patent and Exclusivity Search Results from query on Appl No 021879 Product 001 in the OB_Rx list.

### Patent Data

| Appl No | Prod No | Patent No | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Use Code | Delist Requested |
|---|---|---|---|---|---|---|---|
| N021879 | 001 | 7659282 | Aug 13, 2026 | | | U - 1093 | |
| N021879 | 001 | 8227484 | Jul 17, 2023 | | | U - 1093 | |
| N021879 | 001 | RE38115 | Jan 26, 2016 | | Y | | Y |

### Exclusivity Data

| Appl No | Prod No | Exclusivity Code | Exclusivity Expiration |
|---|---|---|---|
| N021879 | 001 | NC | Oct 29, 2013 |

Additional information:
1. Patents are published upon receipt by the Orange Book Staff and may not reflect the official receipt date as described in 21 CFR 314.53(d)(5).
2. Patents listed prior to August 18, 2003 are flagged with method of use claims only as applicable and submitted by the sponsor. These patents may not be flagged with respect to other claims which may apply.

View a list of all patent use codes
View a list of all exclusivity codes
Return to Electronic Orange Book Home Page[6]

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
Orange Book Data - **Monthly**
Generic Drug Product Information & Patent Information - **Daily**
Orange Book Data Updated Through May 2014
Patent and Generic Drug Product Data Last Updated May 19, 2014

---

Links on this page:
1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. ../default.cfm
6. ../default.cfm

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive



---

Links on this page:
1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. ../default.cfm
6. ../default.cfm